FILED

13 JAN -3 AM 9:38

 DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WASHAM,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON EVANS; et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 12-CV-2066 BEN (BGS)<br><br>**ORDER:**<br><br>**(1) DISMISSING ACTION WITHOUT PREJUDICE**<br><br>**(2) DENYING AS MOOT MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>**(3) DENYING AS MOOT MOTION TO APPOINT COUNSEL**<br><br>[Docket Nos. 2, 3] |

*Pro se* Plaintiff Carl A. Washam filed a Complaint against Brandon Evans and Jermone Washington. (Docket No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis* (Docket No. 2) and a motion to appoint counsel (Docket No. 3). The Court decides the matters on the papers submitted. For the reasons outlined below, the Court **DISMISSES** the action without prejudice and **DENIES** as moot Plaintiff's motion to proceed *in forma pauperis* and motion to appoint counsel.

## BACKGROUND

Plaintiff alleges that he was previously a member of 24 Hour Fitness. (Compl. at 1.) According to Plaintiff, "someday in June vs. July I entered fourty [sic] three fourty [sic] five Imperial Ave. 24 hour fitness and was caught by surprise by Mr. Brandon Evans vs. Mr. Jermone Washington which called me to their desk and was lamentnated [sic] with hand jestters [sic], and rude threats as

much as accursations [sic] of un-certainty telling me to leave the building with no clarifacation [sic] to be known." (*Id.* at 1-2.) Plaintiff alleges that without the use of the facilities in 24 Hour Fitness, he has gained weight and has suffered from a loss of "good time[s]." (*Id.* at 2.) The Complaint asserts claims for defamation/slander and "forcify [sic] discontinueous [sic] of membership." On December 20, 2012, Plaintiff filed a "Brief Amended Complaint." The Brief Amended Complaint amended the amount of damages sought, but did not amend the facts alleged in the original Complaint.

## DISCUSSION

### I. *SUA SPONTE* SCREENING AND DISMISSAL

A complaint filed by any person proceeding, or seeking to proceed, *in forma pauperis* under 28 U.S.C. § 1915(a) is subject to mandatory *sua sponte* review and dismissal if the complaint is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant immune from suit. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126-27 (9th Cir. 2000).

The legal sufficiency of a complaint is tested under Federal Rule of Civil Procedure 12(b)(6). *Navarro v. Block*, 250 F.3d 729, 732 (9th Cir. 2001). Under Rule 12(b)(6), dismissal is appropriate if the complaint fails to state a facially plausible claim for relief. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556-57 (2007). That is, the complaint must state enough facts to raise a reasonable expectation that discovery will reveal evidence of the claim. *Id.* at 556. Dismissal is also appropriate when the complaint lacks a cognizable legal theory. *Robertson v. Dean Witter Reynolds, Inc.*, 749 F.2d 530, 534 (9th Cir. 1984). The court must assume the truth of all factual allegations and construe them in the light most favorable to the plaintiff. *Thompson v. Davis*, 295 F.3d 890, 895 (9th Cir. 2002); *Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336, 337-38 (9th Cir. 1996). *Pro se* litigants are not "excused from knowing the most basic pleading requirements." *Am. Ass'n of Naturopathic Physicians v. Hayhurst*, 227 F.3d 1104, 1107 (9th Cir. 2000).

Here, Plaintiff has not alleged any facts in support of his claims for defamation and slander. In addition, Plaintiff has not cited any law that affords him relief for the discontinuation of his membership at 24 Hour Fitness. Accordingly, the Complaint lacks a cognizable legal theory. The Complaint is, therefore, **DISMISSED WITHOUT PREJUDICE.**

**II.    MOTION TO PROCEED *IN FORMA PAUPERIS* AND MOTION TO APPOINT COUNSEL**

Because Plaintiff's Complaint is dismissed, Plaintiff's motion to proceed *in forma pauperis* and motion to appoint counsel are **DENIED** as moot.

### CONCLUSION

For the reasons stated above, the Complaint is **DISMISSED WITHOUT PREJUDICE.** Plaintiff is granted leave to file an amended complaint that corrects the deficiencies outlined above. Any such amended complaint must be filed no later than **February 15, 2013**.

The motion to proceed *in forma pauperis* and motion to appoint counsel are **DENIED** as moot. If Plaintiff wishes to renew the motion to proceed *in forma pauperis* or the motion to appoint counsel, Plaintiff must file a new motion to proceed *in forma pauperis* and motion to appoint counsel along with an amended complaint.

**IT IS SO ORDERED.**

DATED: 01/02/2013

HON. ROGER T. BENITEZ
United States District Judge